[Nos. 7508–7–III; 7509–5–III. Division Three. October 9, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. EZEKIEL LOPEZ, JR., *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. JORGE LUIS LOPEZ, *Appellant.*

Appeals from judgments of the Superior Court for Benton County, Nos. 85–8–00284–8, 85–8–00282–1, John G. Carroll, J. Pro Tem., entered November 27, 1985. *Affirmed*

by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.